The People of the State of New York, Respondent, v. Benjamin Huntington, Appellant. — Judgment and conviction affirmed and proceedings remitted to the Court of Sessions of Wyoming county to proceed thereon. Opinion by Haight, J.

Betsey Gay and another, Administratrix, etc., v. The New York, Lackawanna and Western Railroad Company. — Order affirmed.

Mary E. Vandervort, Respondent, v. T. Spencer Vandervort, as Executor, etc., Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Dwight, J.; Haight, J., dissenting.

H. Melville Hanna, as Trustee, etc., Appellant, v. Pascal P. Pratt, as President, etc., Respondent. — Judgment and order affirmed. *Held*, that no question is brought up for review. The plaintiff did not take an exception on the trial. No request was made on his behalf for the direction of a verdict. The case was submitted to the jury without objection, and no exceptions were taken to the charge, or requests to charge made. The case does not appear to contain all the evidence or to have been settled by the trial judge.

Yette Thalheimer, Appellant, v. Morris H. Lempert. Respondent. — Judgment affirmed, Opinion by Bradley, J.

James McKechnie and others, Appellants, v. Juliette M. Boswell, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Ida A. Mason, Respondent, v. Thomas R. Stratton, Appellant. — Judgment affirmed with leave to the defendant to withdraw demurrer and serve answer within twenty days on payment of the costs of the demurrer and of this appeal. Opinion by Haight, J.

Philip Farley, Respondent. v. Louis H. Shoemaker, Appellant. — Order reversed and motion to vacate attachment granted, with ten dollars costs and disbursements. Opinion by Dwight, J.; Bradley, J., not sitting.

Sophia Boor, Respondent, v. Frederick Moschell, Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Dwight, J.

The Board of Supervisors of Erie County, Respondent, v. Henry R. Jones, Appellant. — Judgment affirmed. Opinion by Bradley, J.

Thaddeus Munson, Respondent, v. Melvin Curtis, Appellant. — Judgment and order reversed. Opinion by Dwight, J.

William H. Mandeville, Appellant, v. Darius A. Newton, Executor, etc., Respondent. — Judgment affirmed.

The Bank of Attica, Plaintiff, v. The Pottier and Stymus Manufacturing Company and another, Defendants. — Motion for a new trial denied, and judgment ordered for the plaintiff on the verdict. Opinion by Bradley, J.

Malvina Wiltsie v. The Estate of James Wiltsie, Deceased. — Decree affirmed, with costs of the appeal, payable out of the estate. Opinion by Haight, J.

Thomas R. Rutherford, as Assignee, etc., Respondent, v. Julius Schattman and another, Appellants. — Judgment affirmed, with costs. Opinion by Dwight, J.

Thomas R. Rutherford, as Assignee, etc., Appellant, v. Marianna Biow and others, Respondents. — Judgment modified so as to direct the costs to be paid out of the assigned estate, and as so modified affirmed, without costs of this appeal.

Thomas R. Rutherford, as Assignee, etc., Appellant, v. Auguste Schattman and others, Respondents. — Judgment modified so as to direct the costs to be paid out of the assigned estate, and as so modified affirmed, without costs of this appeal to either party.

John E. Morey, Jr., Respondent, v. The Morning Journal Association, Appellant. — Judgment and order affirmed. Opinion by Bradley, J.

The People of the State of New York *ex rel.* Harmon Starks, Appellant, v. George W. Batten, as Sheriff, etc., Respondent. — Order upon return of writ of *habeas corpus* affirmed.

Same v. Same. — Judgment affirmed and proceedings remitted to the Court of Sessions of Niagara county to proceed thereon. Opinion by Dwight, J.

James Palmer, Respondent, v. The City of Rochester, Appellant. — Order reversed and motion denied, without costs. *Held*, that, under the circumstances disclosed, a temporary injunction ought not to issue until all the facts are settled by final judgment.

The New York Central and Hudson River Railroad Company, Respondent, v. The City of Rochester, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Bradley, J.

Harrison P. Bishop, Respondent, v. David Johnson and another, Appellants. — Motion for reargument denied.

Robert Brown v. James J. Guthrie. — Motion to amend decision denied.

Carrie E. White v. Alfred B. Bradley. — Motion for reargument or for leave to appeal to the Court of Appeals denied.

Orr Smith v. Martha A. Bailey. — Motion for reargument denied.

---

Charles C. Southard, Respondent, v. Franco-American Trading Company, Appellant. — Order affirmed, with ten dollars costs and disbursements, to abide event. Opinion by Daniels, J.

The Twenty-third Street Railway Company, Respondent, v. The Mayor, etc., of the City of New York, Appellants. — Order reversed, with ten dollars costs and disbursements, and preliminary injunction vacated on opinion in *Broadway and Seventh Avenue Railway Company* v. *The Mayor*, etc., decided herewith.

Henry Mason and others v. George G. Williams and others. — Reargument ordered.

Charles Jansen, Respondent, v. The Otto Stietz New York Glass Letter Company, Appellant. — Judgment affirmed. Opinion by Daniels, J.

The People of the State of New York *ex rel.* James W. Steed v. Stephen B. French and others. — Proceedings sustained and writ dismissed. Opinion by Brady, J.

William H. Ramscar, Appellant, v. Elbridge T.

Gerry, Respondent. — Judgment affirmed, with costs. — Opinion by Brady, J.

Jacob S. Rogers and others, Respondents, v. The New York and Texas Land Company (Limited), Appellant. — Judgment modified as directed, and affirmed as modified, without costs. Opinion by Van Brunt, P. J.

Mortimer Hendricks, Respondent, v. Charles G. Wolff, Appellant. — Judgment affirmed with leave to defendant to answer in twenty days on payment of costs in the court below and of appeal. Opinion *Per Curiam*.

John B. Wattson and another, Respondents, v. Frederick E. Scammell and others, Appellants. — Order affirmed, without costs; order to be entered herein to state that the merits of the controversy have not been considered. Opinion *Per Curiam*.

In the Matter of James Harrison. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam*.